476 A.2d 106

Schiavo, Appellant, v. Costin.
Petition for Allowance of Appeal
Denied Sept. 18, 1984.

Submitted November 4, 1983. Frank D. Branella, for appellant; Frank X. O'Brien, for appellees.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment affirmed.